No. 60. BERRA *v.* UNITED STATES, *ante,* p. 910;

No. 112. REECE *v.* GEORGIA, *ante,* p. 85;

No. 165. LEADMAN *v.* GREYHOUND CORPORATION, *ante,* p. 831;

No. 348. RINES, ADMINISTRATOR, *v.* JUSTICES OF THE SUPERIOR COURT OF MASSACHUSETTS ET AL., *ante,* p. 877;

No. 385. DUNN BROS., INC. *v.* STONE, CHAIRMAN, STATE TAX COMMISSION, *ante,* p. 878;

No. 390. SYRES ET AL. *v.* OIL WORKERS INTERNATIONAL UNION, LOCAL No. 23, ET AL., *ante,* p. 892;

No. 400. ATCHISON, TOPEKA & SANTA FE RAILWAY CO. ET AL. *v.* UNITED STATES ET AL., *ante,* p. 892;

No. 409. WILSON, EXECUTOR, ET AL. *v.* SIMLER, *ante,* p. 892;

No. 415. OWENS ET AL. *v.* OKLAHOMA TURNPIKE AUTHORITY, *ante,* p. 893;

No. 431. MORRIS *v.* UNITED STATES, *ante,* p. 901;

No. 436. CAHILL *v.* NEW YORK, NEW HAVEN & HART-FORD RAILROAD CO., *ante,* p. 898;

No. 466. BRASIER *v.* UNITED STATES ET AL., *ante,* p. 913; and

No. 249, Misc. GOLDING *v.* WEEKS, SECRETARY OF COMMERCE, *ante,* p. 918. Petitions for rehearing denied.

No. 257. SOUTHERN PACIFIC CO. *v.* GILEO ET AL., *ante,* p. 818; and

No. 345. STERLING *v.* LOCAL 438, LIBERTY ASSOCIATION OF STEAM & POWER PIPE FITTERS & HELPERS ASSOCIATION, ET AL., *ante,* p. 875. Motions for leave to file petitions for rehearing denied.

No. 20. CORN PRODUCTS REFINING CO. *v.* COMMISSIONER OF INTERNAL REVENUE, *ante,* p. 46. Rehearing denied. MR. JUSTICE HARLAN took no part in the consideration or decision of this petition.